615 A.2d 730

COMMONWEALTH, DEPARTMENT OF PUBLIC WELFARE, FARVIEW STATE HOSPITAL, Appellee,

v.

Joseph KALLINGER, Appellant.

No. 170 E.D. Appeal Dkt. 1990.

Supreme Court of Pennsylvania.

Oct. 20, 1992.

Jeffrey J. Wander, Honesdale, for appellant.

David Ferleger, Philadelphia, for Kallinger as Guardian Ad Litem.

Thomas Blazusiak, Allentown, for Com. Dept. of Public Welfare—Northeastern Regional Counsel.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

AND NOW, this 20th day of October, 1992, the Court, sua sponte, dismisses this appeal as moot.

LARSEN, J., did not participate in the consideration and decision of this case.